UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Jose Miguel Peralta

                  Plaintiff,

v.                                                 Case No.: 1:15−cv−07117
                                                         Honorable Manish S. Shah

BHB & Cafe Management Company, LLC

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2015:

      MINUTE entry before the Honorable Manish S. Shah: The joint motion for court approval of settlement and to dismiss the complaint [16] is granted, and no appearance on the motion is necessary. The court has reviewed the settlement agreement and finds that it is a fair, reasonable, and just settlement of a bona fide dispute, one that was settled through an arm's length negotiation and provides adequate relief to the individual plaintiff on his claims. The settlement accounts for both unpaid overtime pay and liquidated damages (and attorney's fees without materially compromising the individual plaintiff's recovery), and is therefore reasonable. The complaint is dismissed without prejudice, with leave to reinstate by 11/17/15. If no motion to reinstate is filed by 11/17/15, the dismissal will automatically convert to a dismissal with prejudice. The parties shall bear their own fees and costs. Terminate civil case. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.